1086

UNITED STATES of America, Plaintiff-Appellee, v. Joseph PERLITCH, Defendant-Appellant.

No. 422.

Circuit Court of Appeals, Second Circuit.
June 1, 1931.

Sustick & Seigle, of Brooklyn, N. Y. (Joseph G. M. Browne, of Brooklyn, N. Y., of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and J. Bertram Wegman, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America, Appellant, v. Julia Ann POTTER et al.

No. 9084.

Circuit Court of Appeals, Eighth Circuit.
May 6, 1931.

William L. Vandeventer, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo.

George F. Anderson, of Kansas City, Mo., for appellee.

PER CURIAM.
Appeal dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

UNITED STATES of America, Appellant, v. Capitola TULLY.

No. 9242.

Circuit Court of Appeals, Eighth Circuit.
June 30, 1931.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

George B. Thummel, of Omaha, Neb., for appellee.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. Edward W. WAGGONER, Appellee.

No. 6526.

Circuit Court of Appeals, Ninth Circuit.
July 20, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.
Pursuant to motion of appellant for dismissal of the appeal herein, and good cause therefor appearing, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America v. S. WAGONER, Guardian of Walter C. McFarland, Inc.

No. 476.

Circuit Court of Appeals, Tenth Circuit.
April 30, 1931.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Tom W. Garrett, of Oklahoma City, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal dismissed April 30, 1931, on motion of appellant.